B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Montano, Albert J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8307** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1230 Park Avenue West**<br>**#216**<br>**Highland Park, IL**    ZIP Code **60035** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 33**<br>**Deerfield, IL**    ZIP Code **60015** | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Donna B. Wallace 6200260 ***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Montano, Albert J** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

             _____
             (Name of landlord that obtained judgment)

             _____
             (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Montano, Albert J** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert J Montano**
Signature of Debtor  **Albert J Montano**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 31, 2010**
Date

#### Signature of Attorney*

X **/s/ Donna B. Wallace**
Signature of Attorney for Debtor(s)

**Donna B. Wallace 6200260**
Printed Name of Attorney for Debtor(s)

**Joseph A. Baldi & Associates, P.C.**
Firm Name

**19 South LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Address

Email: **jabaldi@ameritech.net**
**312-726-8150  Fax: 312-332-4629**
Telephone Number

**August 31, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Albert J Montano**                                                                    , Case No. _____
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Moon Rise Holdings, LLC** | **N/A** | **08/23/10** |
| **Northern District of Illinois** | **Affiliate** | **Goldgar** |
| **Ventana Financial Resources, Inc.** | **N/A** | **08/23/10** |
| **Northern District of Illinois** | **Affiliate** | **Goldgar** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Albert J Montano** _____  Case No. _____

Debtor(s)  Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Albert J Montano**
                                        **Albert J Montano**

Date:    **August 31, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Albert J Montano**

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 79,606.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 15,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 50,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 36,324,736.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 13 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,742.00 |
| Total Number of Sheets of ALL Schedules | | 58 | | | |
| | | Total Assets | 79,606.00 | | |
| | | | Total Liabilities | 36,389,736.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Albert J Montano**
                                                                          ,
                                                                          Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Albert J Montano**
_____,        Case No. _____
                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re **Albert J Montano**                                        , Case No. _____

                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 0.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Centrust Bank (acct ending in 4002)** **National City Bank (acct ending in 0582)** **Baytree National (acct ending in 894)** **Chase Bank (acct ending in 4496)** | - | 36.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household furniture** | - | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **150 Vinyl records, 100 cassette tapes & 50 Cds** | - | 600.00 |
| 6.  Wearing apparel. | | **Normal wearing apparel** | - | 700.00 |
| 7.  Furs and jewelry. | | **pinky ring, 3 class rings, wedding band, silver belt** | - | 1,700.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Jr. Colt .25 caliber & Winchester model .22 caliber** | - | 200.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          4,236.00
(Total of this page)

 __3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Albert J Montano**                                                           Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **480,500 interests in NESSA, LLC - a Nevada Limited Liability Company** | - | 0.00 |
| | | **170,000 shares - Weatherly Aircraft Company** | - | 1,700.00 |
| | | **356,453 shares of Biostratum Incorporated** | - | 0.00 |
| | | **64,945 shares - Meridian Media Group, Inc.** | - | Unknown |
| | | **12,500 restricted shares in Perio Imaging. Inc.** | - | Unknown |
| | | **70538 shares of Trancept Limited (Burmuda Corporation)** | - | Unknown |
| | | **.375 Units of Hello Entertainment, LLC - purchased for $7,500** | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Ventana Financial Resources** | - | 0.00 |
| | | **Moon Rise Holdings, LLC** | - | 0.00 |
| | | **Lake Forest Partnership - Debtor and Ventana withdrew from Partnership in 2007. In exchange, Lake Forest was supposed to indemnify Debtor from all debt, particularly debt related to Royal Island Development and provide debtor with an accounting of all projects. Lake Forest has not indemnified debtor nor provided the accounting and refuses to respond to Debtor.** | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >          1,700.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Albert J Montano**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Tony E. Vallejos**<br>**7715 N. Martin Street**<br>**Spokane, WA  99217**<br>**Amount of loan - $97,700**<br>**(declared bankruptcy)** | - | 0.00 |
| | | **Meridian Media Group**<br>**800 E. Northwest Highway**<br>**7th Floor, Harris Bank Building**<br>**Palatine, IL  60674**<br>**Debtor gave notes to Heyke to secure $15,000.  Per Meridian, it paid Heyke for the notes and canceled the debt.  Neither Meridian nor Heyke will provide Debtor with detail of the transaction** | - | 73,670.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Payments due from SenreQ, LLC pursuant to terms of settlement agreement dated 2/15/2008 - payments were due 4/15/08 and 7/31/08 Amount owed $110,000** | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        73,670.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Albert J Montano**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Total >     79,606.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Albert J Montano**                                    ,        Case No. _____

                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| Household furniture | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 150 Vinyl records, 100 cassette tapes & 50 Cds | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Wearing Apparel** | | | |
| Normal wearing apparel | **735 ILCS 5/12-1001(a)** | **100%** | **700.00** |
| **Furs and Jewelry** | | | |
| pinky ring, 3 class rings, wedding band, silver belt | **735 ILCS 5/12-1001(b)** | **1,700.00** | **1,700.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Jr. Colt .25 caliber & Winchester model .22 caliber | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Stock and Interests in Businesses** | | | |
| .375 Units of Hello Entertainment, LLC - purchased for $7,500 | **735 ILCS 5/12-1001(b)** | **500.00** | **Unknown** |
| | | Total: **4,700.00** | **4,200.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Albert J Montano**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Meridian Media Group** | | | | | |
| | | | **800 E. Northwest Highway** | | | | | |
| **Heyke III, Ericson** | | | **7th Floor, Harris Bank Building** | | | | | |
| **1108 Merrilll Street** | X | - | **Palatine, IL  60674** | | | X | | |
| **Winnetka, IL 60093** | | | **Debtor gave notes to Heyke to secure** | | | | | |
| | | | **$15,000.  Per Meridian, it paid Heyke for** | | | | | |
| | | | **the notes and canceled the debt.** | | | | | |
| | | | **Neither Meridian nor Heyk** | | | | | |
| | | | Value $            73,670.00 | | | | 15,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal (Total of this page) | 15,000.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 15,000.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Albert J Montano**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Albert J Montano**                                          ,   Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Peterson, Janet A**<br>**308 Bayonne**<br>**Lake Bluff, IL 60044** | - | | | **Unallocated Child Support** | | | | **50,000.00** | **0.00**<br><br>**50,000.00** | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet _**1**_ of _**1**_ continuation sheets attached to | | | Subtotal | **0.00** | |
| Schedule of Creditors Holding Unsecured Priority Claims | | | (Total of this page) | **50,000.00** | **50,000.00** |
| | | | Total | **0.00** | |
| | | | (Report on Summary of Schedules) | **50,000.00** | **50,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Albert J Montano**                                      ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Accountants Plus, Ltd** 313 Willowby Ct Suite 100 Grayslake, IL 60030-3817 | - | | | | 2007 Accounting Services - Ventana | | | | 682.00 |
| Account No. **Adekoya, David** 1151 W. Washington Apartment 123 Chicago, IL 60607 | X | - | | | 2005 Royal Island Project | | | | 25,000.00 |
| Account No. **Afini, Robert W** 419 Orchard Lane Arlington Heights, IL 60005 | X | - | | | 2005 Ventana Financial | | | | 217,475.00 |
| Account No. **Afini, Robert W** 419 Orchard Lane Arlington Heights, IL 60005 | X | - | | | 2005 Royal Island Project | | | | 100,000.00 |

__32__ continuation sheets attached

Subtotal
(Total of this page)                                           343,157.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:26190-100802   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** | X | - | | **2005**<br>**Royal Island Project** | | | | **50,000.00** |
| Account No.<br><br>**Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** | X | - | | **2005**<br>**Royal Island Project** | | | | **100,000.00** |
| Account No. **xxxx-xxxxxx-x1008**<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | | | **Opened  7/30/84  Last Active  2/13/08**<br>**CreditCard** | | | | **716.00** |
| Account No.<br><br>**First Source Advantage**<br>**205 Bryant Woods**<br>**Buffalo, NY 14228** | | | | **Representing:**<br>**American Express** | | | | **Notice Only** |
| Account No.<br><br>**Nationwide Credit Inc**<br>**2015 Vaughn Rd. NW**<br>**Bld. 400**<br>**Kennesaw, GA 30144-7801** | | | | **Representing:**<br>**American Express** | | | | **Notice Only** |

Sheet no. __1___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**150,716.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Representing: American Express | | | | Notice Only |
| **Universal Fidelity LP** P.O. Box 941911 Houston, TX 77094-4152 | | | | | | | | | |
| Account No. | | X | - | | **2005 Royal Island Project** | | | | |
| **Anwar, Zaki** 15140 Rodeo Drive Orland Park, IL 60467 | | | | | | | | | 50,000.00 |
| Account No. | | X | - | | **Loan /Investment - Ventana Financial** | | | | |
| **Bendix, Bruce W** 21720 W. Long Grove Road Suite C-302 Barrington, IL 60010 | | | | | | | | | 5,000.00 |
| Account No. | | X | - | | **Loan/Investment - Ventana Financial** | | | | |
| **Bittman, James B** 68999 Wildwood Ave Chicago, IL 60646-1333 | | | | | | | | | 2,000.00 |
| Account No. | | X | - | | **2005 Royal Island Project** | | | X | |
| **Borling, John L** 1979 Harlem Blvd. Rockford, IL 61103 | | | | | | | | | 16,049,837.00 |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,106,837.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                    ,      Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8351** | | | - | | Revolving Credit Card | | | | |
| **BP Amoco** **PO Box 15298** **Wilmington, DE 19850-5298** | | | | | | | | | **4,054.79** |
| Account No. | | | | | | | | | |
| **FleetCor** **655 Engineering Drive** **PO Box 300** **Norcross, GA 30092** | | | | | Representing: BP Amoco | | | | **Notice Only** |
| Account No. | | | | | Consulting Services - Ventana Financial | | | | |
| **Breuer Partners & Co.** **2830 Cherry Lane** **Northbrook, IL 60062** | X | | - | | | | | | **7,200.00** |
| Account No. | | | | | Legal Services - Ventana | | | | |
| **Cannon, Douglas R** **8930 Gross Point Road** **Suite 200** **Skokie, IL 60077** | X | | - | | | | | | **4,412.00** |
| Account No. **xxxxxxxx0071** | | | - | | Opened  4/01/01  Last Active  3/05/10 CreditCard | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | | | | | | | | | **1,482.00** |

Sheet no. __3__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,148.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-4006** | | | | | Revolving CreditCard | | | | |
| Cap One Po Box 85520 Richmond, VA 23285 | | - | | | | | | | 485.33 |
| Account No. **xxxx-xxxx-xxxx-4506** | | | | | Revolving CreditCard | | | | |
| Cap One Po Box 85520 Richmond, VA 23285 | | - | | | | | | | 525.07 |
| Account No. **xxxx-xxxx-xxxx-2386** | | | | | Revolving Credit Card Purchases | | | | |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | - | | | | | | | 1,534.00 |
| Account No. **xxxx-xxxx-xxxx-2912** | | | | | Revolving Credit Card - Ventana Financial | | | | |
| Capital One Bank Bankruptcy Department PO Box 5155 Norcross, GA 30091 | X | - | | | | | | | 14,654.71 |
| Account No. | | | | | Representing: Capital One Bank | | | | |
| Associated Recovery Systems PO Box 469046 Escondido, CA 92046-9046 | | | | | | | | | **Notice Only** |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **17,199.11**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                                    ,    Case No. _____

                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Blitt and Gaines, PC** **661 W. Glenn Avenue** **Wheeling, IL 60090** | | | | Representing: Capital One Bank | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems** **1804 Washington Blvd.** **Mail Stop 450** **Baltimore, MD 21230** | | | | Representing: Capital One Bank | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Northland Group, Inc.** **P.O. Box 390846** **Edina, MN 55439** | | | | Representing: Capital One Bank | | | | **Notice Only** |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| **CDN Surgical Associates** **C/o James Unti** **2515 N. Clark, Suite 903** **Chicago, IL 60614** | X | - | | | | | | **2,000.00** |
| Account No. | | | | 2005 Royal Island Project | | | | |
| **Chain, John T** **142 Spring Creek** **Silt, CO 81652** | X | - | | | | | | **11,500,000.00** |

Sheet no. __5__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,502,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Foley & Lardner, LLP** **Attn.  Martin J. Bishop** **321 N. Clark, Suite 2800** **Chicago, IL 60610-4764** | | | | Representing: Chain, John T | | | | **Notice Only** |
| **Account No. xxxx-xxxx-xxxx-1588** | | | | Opened  7/01/75  Last Active  3/26/09 CreditCard | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | X | - | | | | | | **6,230.00** |
| **Account No.** | | | | | | | | |
| **Alliance One** **4850 Street Road** **Suite 300** **Feasterville Trevose, PA 19053** | | | | Representing: Chase | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Associated Recovery Systems** **PO Box 469046** **Escondido, CA 92046-9046** | | | | Representing: Chase | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Bureau of Collection Recovery** **7575 Corporate Way** **Eden Prairie, MN 55344** | | | | Representing: Chase | | | | **Notice Only** |

Sheet no. __6___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,230.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Client Services, Inc.** **3451 Harry Truman Blvd** **St. Charles, MO 63301-4047** | | | | Representing: Chase | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Global Credit & Collection** **300 International Drive** **PMB#10015** **Buffalo, NY 14221** | | | | Representing: Chase | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **IC Systems** **444 Highway 96 East** **PO Box 64887** **Saint Paul, MN 55164-5696** | | | | Representing: Chase | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Northstar Location Services** **4285 Genesee Street** **Buffalo, NY 14225-1943** | | | | Representing: Chase | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6014** | | | | Opened 4/01/79 Last Active 12/28/07 CreditCard | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | - | | | | | | | **4,045.00** |

Sheet no. __7__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,045.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alliance One** <br> **4850 Street Road** <br> **Suite 300** <br> **Feasterville Trevose, PA 19053** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Asset Acceptance, LLC** <br> **P.O. Box 2036** <br> **Warren, MI 48090** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Capital Management Services** <br> **726 Exchange Street** <br> **Suite 700** <br> **Buffalo, NY 14210** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Collect Corp** <br> **PO Box 101928** <br> **Birmingham, AL 35210-1928** | | | Representing: <br> **Chase** | | | | **Notice Only** |
| Account No. <br><br> **Creditors Financial Group** <br> **PO Box 440290** <br> **Aurora, CO 80044-0290** | | | Representing: <br> **Chase** | | | | **Notice Only** |

Sheet no. __**8**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano**                                              ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 1306**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | - | | **Revolving CreditCard** | | | | **4,780.00** |
| Account No.<br><br>**IC Systems**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-5696** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-8926**<br><br>**Chase- Bp**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened 10/01/99  Last Active  8/25/08**<br>**CreditCard** | | | | **666.00** |
| Account No.<br><br>**Capital Management Services**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**Chase- Bp** | | | | **Notice Only** |
| Account No.<br><br>**Creditor Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY 14225** | | | **Representing:**<br>**Chase- Bp** | | | | **Notice Only** |

Sheet no. __9__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                      **5,446.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**
                                                                          , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**FMA Alliance, LTD.**<br>**11811 North Freeway, Suite 900**<br>**Houston, TX 77060** | | | | Representing:<br>Chase- Bp | | | | **Notice Only** |
| Account No.<br><br>**Tate & Kirlin Associates**<br>**2810 Southampton Road**<br>**Philadelphia, PA 19154** | | | | Representing:<br>Chase- Bp | | | | **Notice Only** |
| Account No.<br><br>**Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** | X | - | | **Royal Island Project** | | | | **150,000.00** |
| Account No.<br><br>**Crescenzo, Marc**<br>**36 W 441 Bristol Road**<br>**Saint Charles, IL 60175** | X | - | | **Loan/Investment - Ventana Financial** | | | | **10,000.00** |
| Account No.<br><br>**Crockett, Lester E**<br>**932 Linden Lane**<br>**Glenview, IL 60025** | X | - | | **Loan/Investment - Ventana Financial** | | | | **42,857.00** |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**202,857.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                          ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| Daniel P. Coffey and Assoc. 233 S. Wacker Suite 5759 Chicago, IL 60606 | X | - | | | | | | 1,250.00 |
| Account No. | | | | Loans | | | | |
| Davies, Mary 779 North Ave Highland Park, IL 60035 | | - | | | | | | 67,500.00 |
| Account No. | | | | Legal Services | | | | |
| Douglas R. Cannon & Assoc. 8930 Gross Pointe Road Suite 200 Skokie, IL 60077 | X | - | | | | | | 4,412.92 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| Dowling, Brian J 368 Fairbank Road Riverside, IL 60546 | X | - | | | | | | 93,427.00 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| Estate of Ralph Falk II PO Box 924 Rancho Santa Fe, CA 92067 | X | - | | | | | | 245,669.00 |

| | | |
|---|---|---|
| Sheet no. __11__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 412,258.92 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Estate of Steven A. Teitelbaum**<br>**3645 Torrey Pines Parkway**<br>**Northbrook, IL 60062** | X | - | Loan/Investment - Ventana Financial | | | | 55,000.00 |
| Account No. <br><br>**Estate of William S. Hayman**<br>**4 Juniper Hill Rd., N.E.**<br>**Albuquerque, NM 87122** | X | - | Loan/Investment - Ventana Financial | | | | 34,066.00 |
| Account No. <br><br>**Foy, Jeff M**<br>**288 Churchill Street**<br>**Northfield, IL 60093-3220** | X | - | 2009<br>Services - Ventana | | | | 3,000.00 |
| Account No. <br><br>**Fresen, Gary**<br>**2540 Violet Street**<br>**Glenview, IL 60025** | X | - | Loan/Investment - Ventana Financial & Moon Rise Holdings | | | | 21,000.00 |
| Account No. <br><br>**Fund, Inc.**<br>**1230 Park Avenue West, #216**<br>**Highland Park, IL 60035** | X | - | Loan/Investment - Ventana Financial | | | | 50,020.00 |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     163,086.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** Galowich, Rita 1230 Park Avenue West, #216 Highland Park, IL 60035 | X | - | | | Loan/Investment - Ventana Financial | | | | 109,980.00 |
| **Account No.** Gerber, Brian H. 201 Aqua Ave., #801 Miami Beach, FL 33141 | X | - | | | Loan/Investment - Ventana Financial | | | | 200,000.00 |
| **Account No.** Gerber, Brian H. 201 Aqua Ave., #801 Miami Beach, FL 33141 | X | - | | | 2005 Royal Island Project | | | | 240,000.00 |
| **Account No.** Grauer, Joel A 963 Harvest Circle Buffalo Grove, IL 60089 | | - | | | Personal Loans, Default Judgment | | | | 90,000.00 |
| **Account No.** Great Midwest Packaging C/o Darrell Van Dyke 712 Anita Avenue Antioch, IL 60002 | X | - | | | Loan/Investment - Ventana Financial | | | | 3,500.00 |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

643,480.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Judgment | | | | |
| Greystone Business II, LLC C/o Goldberg Kohn, et al 55 E. Monroe, Suite 3700 Chicago, IL 60603 | X | - | | | | | | 87,000.00 |
| Account No. | | | | Loan/Investment - Moon Rise Holdings | | | | |
| Haas Jr., Peter E 491 Wilson Ave Novato, CA 94947 | X | - | | | | | | 428,149.00 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| Hansford, Van Buren 3 Sherwood Ave Greenwich, CT 06831 | X | - | | | | | | 10,000.00 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| Harnett, Timothy J 33 West Monroe, 19th Floor Chicago, IL 60603 | X | - | | | | | | 31,550.00 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| Hefton, Carl 6031 Club Oaks Drive Dallas, TX 75248 | X | - | | | | | | 20,000.00 |

Sheet no. __14__ of __32__ sheets attached to Schedule of                               Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)          576,699.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano**                                                          ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx4902**<br><br>Hilco Rec<br>5 Revere Dr Ste 510<br>Northbrook, IL 60062 | | - | | | Opened 10/01/09<br>FactoringCompanyAccount Chase Bank Usa N.A | | | | |
| | | | | | | | | | 3,278.00 |
| Account No.<br><br>Houdek, Gary<br>5727 North Central<br>Indianapolis, IN 46220 | X | - | | | Loan/Investment - Ventana Financial | | | | |
| | | | | | | | | | 14,385.00 |
| Account No. **xxxx-xxxx-xxxx-6617**<br><br>Household MasterCard<br>P.O. Box 17051<br>Baltimore, MD 21297 | X | - | | | Revolving<br>Credit card - Moon Rise Holdings | | | | |
| | | | | | | | | | 2,832.42 |
| Account No.<br><br>CG Services<br>6330 Gulfton<br>Houston, TX 77081 | | | | | Representing:<br>Household MasterCard | | | | Notice Only |
| Account No.<br><br>Markoff & Krasney<br>29 N. Wacker Drive, #500<br>Chicago, IL 60606-2854 | | | | | Representing:<br>Household MasterCard | | | | Notice Only |

Sheet no. __**15**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,495.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Albert J Montano** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9016<br><br>HSBC Business Solutions<br>P.O. Box 5219<br>Carol Stream, IL 60197-5219 | - | | Revolving<br>Credit Card | | | | 1,498.28 |
| Account No.<br><br>ATG Credit<br>PO Box 14895<br>Chicago, IL 60614-4895 | | | Representing:<br>HSBC Business Solutions | | | | Notice Only |
| Account No.<br><br>Imam, Syed<br>701 S. Wells, Apt 1604<br>Chicago, IL 60607 | X | - | 2010<br>Services - Ventana | | | | 1,100.00 |
| Account No.<br><br>Iron Man LLC<br>129 Madeira Drive, SE<br>Albuquerque, NM 87108 | X | - | Loan/Investment - Ventana Financial & Moon Rise | | | | 2,900.00 |
| Account No.<br><br>Kalmus, Christopher<br>120 East Ogden<br>Suite 200<br>Hinsdale, IL 60521 | X | - | Loan/Investment - Ventana Financial | | | | 25,000.00 |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,498.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano** _____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kantor, Arnold A** <br> **719 Lombardy Court** <br> **Deerfield, IL 60015** | X | - | Loan/Investment - Ventana Financial | | | | 2,500.00 |
| Account No. **x7203** <br><br> **Keynote Consulting** <br> **220 W Campus Dr Ste 102** <br> **Arlington Heights, IL 60004** | | - | Opened  1/01/09 <br> CollectionAttorney Janson D.D.S.  Richard W. | | | | 1,185.00 |
| Account No. <br><br> **Lake Forest Partners** <br> **C/o Jeffrey Andre** <br> **27850 Ima Lee Circle, Suite 106** <br> **Lake Forest, IL 60045** | | - | 2005 <br> Royal Island Project | | | | 404,671.00 |
| Account No. <br><br> **Leavitt, Phillip C** <br> **7508 N. Red Ledge Drive** <br> **Paradise Valley, AZ 85253-2850** | X | - | Loan/Investment - Ventana Financial | | | | 311,108.00 |
| Account No. <br><br> **Lesser Lutrey & McGlynn, LLP** <br> **582 North Oakwood** <br> **Lake Forest, IL 60045** | X | - | Loan/Investment - Ventana Financial | | | | 2,000.00 |

Sheet no. __**17**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

721,464.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lightfoot, Michael J.**<br>**680 Lions Drive**<br>**Lake Zurich, IL 60047** | X | - | Loan/Investment - Ventana Financial | | | | 18,515.00 |
| Account No.<br><br>**Lohmann, Donald G**<br>**558 Riverside Place**<br>**Lincolnshire, IL 60069** | X | - | Loan/Investment - Ventana Financial | | | | 12,500.00 |
| Account No. xxxxxxxxxxxx9597<br><br>**LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | X | - | Revolving<br>Collections for Citibank - Ventana Financial | X | | | 326.82 |
| Account No.<br><br>**Lucas-Andre Builders, Inc.**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | | - | Loan/Investment | | | | 31,375.00 |
| Account No.<br><br>**Lucas-Andre Builders, Inc.**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | X | - | Loan/Investment - Ventana Financial | | | | 23,200.00 |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,916.82

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                           ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan/Investment - Ventana Financial | | | | |
| Malloy, Timothy J 1205 Burr Ridge Club Drive Willowbrook, IL 60527 | X | - | | | | | 39,993.00 |
| Account No. | | | 2005 Royal Island Project | | | | |
| Massuti, Vera 2736 N. Hampden Court Suite 108 Chicago, IL 60614 | X | - | | | | | 50,000.00 |
| Account No. | | | Loan/Investment - Moon Rise Holdings | | | | |
| Maton, Cicly Sheldon, Lee 400 W. Ontario, Apt. 1507 Chicago, IL 60654 | X | - | | | | | 16,707.00 |
| Account No. | | | Atty for Oppenheimer & Co. (CIBC World Markets) | | | | |
| McCanliss & Early, LLP Attn Joseph Keenan 88 Pine Street New York, NY 10005 | | - | | | | | 29,914.25 |
| Account No. | | | Loan/Investment - Ventana Financial | | | | |
| Means, Kenneth 315 LaGrange Rd. La Grange Park, IL 60526 | X | - | | | | | 190,734.00 |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

327,348.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                            ,     Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Merrick, Stephen M.**<br>**2440 Lakeview, Apt. 9F**<br>**Chicago, IL 60614-2872** | X | - | **Loan/Investment - Ventana Financial** | | | | 3,000.00 |
| Account No.<br><br>**Metrosource, Inc.**<br>**Attn: George Tomaszewicz**<br>**6756 N. Harlem**<br>**Chicago, IL 60631** | X | - | **Loan/Investment - Ventana Financial** | | | | 105,000.00 |
| Account No.<br><br>**Meyer, John J**<br>**PO Box 246**<br>**Newport, RI 02840** | X | - | **Loan/Investment - Ventana Financial** | | | | 52,500.00 |
| Account No.<br><br>**Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** | X | - | **2005**<br>**Royal Island Project** | | | | 100,000.00 |
| Account No.<br><br>**Miceli, Carmen**<br>**402 N. Wheeling Road**<br>**Prospect Heights, IL 60070** | X | - | **Loan/Investment - Ventana Financial** | | | | 102,997.00 |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**363,497.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                              ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | **2009** **Services** | | | | |
| **Midtown Athletic Club** **3611 N. Kedzie** **Chicago, IL 60618** | | - | | | | | | | |
| | | | | | | | | | **4,819.71** |
| Account No. | | | | | **2005** **Royal Island Project** | | | | |
| **Miska, Peter** **200 South Frontage Road** **Willowbrook, IL 60527** | X | - | | | | | | | |
| | | | | | | | | | **200,000.00** |
| Account No. | | | | | **2005** **Royal Island Project** | | | | |
| **Moss, Robert** **184 Cedar Ave** **Highland Park, IL 60035** | X | - | | | | | | | |
| | | | | | | | | | **66,012.00** |
| Account No. **xxxx-xxxx-xxxx-3890** | | | | | **Revolving** **Collections for MBNA, equitable associates** | | | | |
| **MRS Associates** **1930 Lomey Ave.** **Cherry Hill, NJ 08003** | | - | | | | | | | |
| | | | | | | | | | **3,278.00** |
| Account No. | | | | | **Representing:** **MRS Associates** | | | | |
| **Global Credit & Collection** **300 International Drive** **PMB#10015** **Buffalo, NY 14221** | | | | | | | | | **Notice Only** |

Sheet no. __**21**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**274,109.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                      ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx4.001**<br><br>**Much Shelist**<br>**191 N. Wacker Drive**<br>**Suite 1800**<br>**Chicago, IL 60606** | X | - | | | Legal Fees - Ventana Financial | | | | 94,668.36 |
| Account No.<br><br>**Bernstein, Louis D**<br>**The Bernstein Law Firm**<br>**350 N. Clark, Suie 400**<br>**Chicago, IL 60654-4712** | | | | | Representing:<br>Much Shelist | | | | Notice Only |
| Account No.<br><br>**Mullin, Virginia C**<br>**2304 Club Court**<br>**Valparaiso, IN 46383** | | - | | | 2010<br>Personal loan | | | | 1,000.00 |
| Account No.<br><br>**Murphy III, George J.**<br>**2170 Arielle Drive, #708**<br>**Naples, FL 34109** | X | - | | | Loan/Investment - Ventana Financial | | | | 7,011.04 |
| Account No.<br><br>**Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** | X | - | | | 2005<br>Royal Island Project | | | | 1,530,882.00 |

Sheet no. __**22**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,633,561.40 |
|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx3MYO** <br><br> **NCO Financial Systems, Inc.** <br>**PO Box 41417** <br>**Department 99** <br>**Philadelphia, PA 19101-1625** | | - | **Revolving** <br>**Collections for MBNA** | | | | 15,866.54 |
| Account No. <br><br> **Neal C. Zazov & Assoc.** <br>**19 S. LaSalle** <br>**Suite 1200** <br>**Chicago, IL 60603** | | - | **2009** <br>**Legal Fees** | | | | 1,652.50 |
| Account No. <br><br> **Brown & Joseph Ltd** <br>**PO Box 59838** <br>**Schaumburg, IL 60159-0838** | | | **Representing:** <br>**Neal C. Zazov & Assoc.** | | | | Notice Only |
| Account No. <br><br> **Negronida, Jane O.** <br>**1351 Nyoda Place** <br>**Highland Park, IL 60035** | X | - | **2005** <br>**Royal Island Project** | | | | 305,010.00 |
| Account No. <br><br> **Nieto, Arthur** <br>**201 N Bragg** <br>**Warren, AR 71671** | X | - | **Ventana Financial** | | | | 2,800.00 |

Sheet no. __23__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

325,329.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Nuno, Peter<br>17749 S. Torrence<br>Lansing, IL 60438 | X | - | Loan/Investment - Ventana | | | | 5,867.36 |
| Account No. xxxx-xxxx-xxxx-1419<br><br>Office Depot<br>4740 121st Street<br>Urbandale, IA 50323 | X | - | Revolving<br>Credit Card - Ventana Financial | | | | 2,066.10 |
| Account No.<br><br>Vengoff Williams & Assoc.<br>PO Box 4155<br>Sarasota, FL 34230-4155 | | | Representing:<br>Office Depot | | | | Notice Only |
| Account No.<br><br>Palmer, Potter<br>270 E. Westminster, 2nd Floor<br>Lake Forest, IL 60045 | X | - | Ventana Financial | | | | 119,500.00 |
| Account No.<br><br>Pershan, Marc H.<br>3907 White Cloud Drive<br>Skokie, IL 60076 | | - | 2009<br>Personal Loan | | | | 5,000.00 |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

132,433.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                          ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Legal fees | | | | |
| **Picklin & lake** **1941 Rohlwing Road** **Rolling Meadows, IL 60008** | - | | | | | | | | 1,000.00 |
| Account No. | | | | | Services | | | | |
| **Preferred Appraisal, Inc.** **3710 Commercial Avenue** **Suite 9** **Northbrook, IL 60062** | - | | | | | | | | 550.00 |
| Account No. | | | | | Medical | | | | |
| **Premier Eye Care & Surgery** **1120 Lake Cook Road** **Buffalo Grove, IL 60089-1970** | - | | | | | | | | 1,454.00 |
| Account No. | | | | | Services | | | | |
| **Pucci Tailor** **333 N. Michigan** **Chicago, IL 60601** | - | | | | | | | | 2,529.50 |
| Account No. | | | | | Legal Fees | | | | |
| **Quinn, John W.** **Churchill, Quinn et al.** **PO Box 284** **Grayslake, IL 60030** | - | | | | | | | | 2,200.00 |

Sheet no. __25__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **7,733.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Montano**                                                        ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Loan/Investment - Ventana Financial | | | | |
| **R.W. Taylor, Jr. Living Trust 699 Revere Road Glen Ellyn, IL 60137** | X | - | | | | | | | 25,000.00 |
| Account No. | | | | | Services | | | | |
| **Realty Valuation Services 1850 W. Winchester, #112 Libertyville, IL 60048** | | - | | | | | | | 750.00 |
| Account No.  xxx9366 | | | | | Collection for debt - Ventana Financial | | | | |
| **Risk Management Alternatives 802 E. Martintown Rd Suite 201 North Augusta, SC 29841** | X | - | | | | | | | 12,174.00 |
| Account No. | | | | | Service - Ventana Financial & Moon Rise Holdings | | | | |
| **Ruotolo Associates Attn:  George Ruotolo 29 Broadway Cresskill, NJ 07626** | X | - | | | | | | | 10,000.00 |
| Account No. | | | | | 2005 Royal Island Project | | | | |
| **Saklecha, Aseem 1151 W. Washington Apartment 141 Chicago, IL 60607** | X | - | | | | | | | 25,000.00 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,924.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| Schelhas, Charles H 2534 Iroquois Wilmette, IL 60091 | | - | | | | | 16,218.00 |
| Account No. **MONT-NTF** | | | Legal fees - Ventana Financial | | | | |
| Schoenberg, Finkle Newman et al. 222 South Riverside Suite 2100 Chicago, IL 60606 | X | - | | | | | 36,805.00 |
| Account No. | | | Loan/Investment - Ventana Financial | | | | |
| Senser, Jerrold K 225 W. Wacker Drive Suite 2400 Chicago, IL 60606 | X | - | | | | | 50,000.00 |
| Account No. | | | Loan/Investment - Moon Rise Holdings | | | | |
| Senser, Jerrold K 225 W. Wacker Drive Suite 2400 Chicago, IL 60606 | X | - | | | | | 50,000.00 |
| Account No. | | | Legal Fees | | | | |
| Seyfarth Shaw et al. 131 S. Dearborn Suite 2400 Chicago, IL 60603 | | - | | | | | 22,669.48 |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

175,692.48

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                              Case No. _____

_____ ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Back rent & balance of lease which terminates 3/2011 - Ventana Financial | | | | |
| Shawgate Lake Forest, LLC Four Market Square Court Lake Forest, IL 60045 | X | - | | | | | | | 91,379.00 |
| Account No. **xxx-xx6-585** | | | | | Revolving Credit Card - Ventana Financial | | | | |
| Shell Fleet PO Box 9016 Des Moines, IA 50368 | X | - | | | | | | | 1,518.00 |
| Account No. | | | | | Representing: Shell Fleet | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd St. Charles, MO 63301-4047 | | | | | | | | | Notice Only |
| Account No. | | | | | Representing: Shell Fleet | | | | |
| GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | | | | | Notice Only |
| Account No. | | | | | Representing: Shell Fleet | | | | |
| Shell Fleet PO Box 689081 Des Moines, IA 50368-9081 | | | | | | | | | Notice Only |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,897.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                    ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan/Investment - Ventana Financial & Moon Rise Holdings | | | | |
| **Smith, Robert Clay** **716 Washington Court** **Grand Junction, CO 81503** | X | - | | | | | | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| **Stone, Steven M. & Michael** **161 N. Clark** **Suite 3100** **Chicago, IL 60601-3224** | X | - | | | | | | |
| | | | | | | | | 6,000.00 |
| Account No. | | | | Personal loan | | | | |
| **Sucsy, Lawrence G** **799 Central Ave.** **Highland Park, IL 60035** | | - | | | | | | |
| | | | | | | | | 5,000.00 |
| Account No. | | | | Loan/Investment - Ventana Financial | | | | |
| **Taber, Frank M.** **3000 Green Mountain Drive** **Branson, MO 65616** | X | - | | | | | | |
| | | | | | | | | 14,655.00 |
| Account No. | | | | 2005 Royal Island Project Default Judgment | | | | |
| **Tobias, Andrew P.** **787 N.E. 71st Street** **Miami, FL 33138** | X | - | | | | | | |
| | | | | | | | | 662,172.00 |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

697,827.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Montano**                                                            , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Truitt, Diane**<br>**C/o Concepcion, Sexton & Martinez**<br>**355 Alhambra Circle, Ste. 1250**<br>**Miami, FL 33134** | | - | **2007**<br>**Lake Forest Partners breach of contract** | X | | X | **Unknown** |
| Account No.<br><br>**Unti, James A.**<br>**1000 South Knight Ave**<br>**Park Ridge, IL 60068** | X | - | **Loan/Investment - Ventana Financial** | | | | **2,500.00** |
| Account No. **x2083**<br><br>**V. J. Killian & Co.**<br>**933 Green Bay Road**<br>**Winnetka, IL 60093** | | - | **services** | | | | **884.00** |
| Account No. **xxxx7754**<br><br>**Van Rue Credit Corp**<br>**1350 E. Touhy Ave**<br>**Suite 100e**<br>**Des Plaines, IL 60018** | | - | **Collection for Northshore University Health System** | | | | **14,264.00** |
| Account No.<br><br>**Pinnacle Management Services Inc.**<br>**514 Market Loop**<br>**Suite 103**<br>**Dundee, IL 60118** | | | **Representing:**<br>**Van Rue Credit Corp** | | | | **Notice Only** |

Sheet no. __**30**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **17,648.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Vantage Appraisal Corp. 1575 Christina Lane Northbrook, IL 60062 | | - | | | | | | | 450.00 |
| Account No. | | | | | Partnership Liabilities Ventana Financial | | | | |
| Weissman, Mark D. 3238 N. Lakewood Chicago, IL 60657 | X | - | | | | | | | 856,352.00 |
| Account No. xxxx-xxxx-xxxx-8917 | | | | | Revolving Credit Card | | | | |
| Wells Fargo PO Box 4109 Concord, CA 94524-4109 | | - | | | | | | | 6,280.00 |
| Account No. | | | | | Representing: Wells Fargo | | | | |
| Freedman Anselmo 1807 West Diehl Road, Suite 333 PO Box 3228 Naperville, IL 60566 | | | | | | | | | Notice Only |
| Account No. | | | | | Representing: Wells Fargo | | | | |
| Portfolio Recovery PO Box 12903 Norfolk, VA 23541 | | | | | | | | | Notice Only |

Sheet no. __31__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

863,082.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Montano**                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **VCS PO Box 59207 Minneapolis, MN 55459** | | | Representing: **Wells Fargo** | | | | **Notice Only** |
| Account No. **Wittenberg, Richard C 3411 Camino Corte Carlsbad, CA 92009** | X | - | Loans - Ventana Financial Default Judgment | | | | 104,021.00 |
| Account No. **Teller Levit & Silvertrust 11 East Adams Street, Suite 800 Chicago, IL 60603** | | | Representing: **Wittenberg, Richard C** | | | | **Notice Only** |
| Account No. **Yeterian, Matt 2000 Spring Road Suite 200 Oak Brook, IL 60523** | X | - | 2005 Royal Island Project | | | | 224,398.00 |
| Account No. **Yogi Gandhi C/o Tim O'Leary PO Box 29 Lake Forest, IL 60045** | X | - | 11/ 2007 - 1/2010 Parking fees | | | | 2,700.00 |

Sheet no. **_32_** of **_32_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 331,119.00 |
| Total (Report on Summary of Schedules) | 36,324,736.18 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Albert J Montano**                                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **Albert J Montano**
_____, Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Adekoya, David<br>1151 W. Washington<br>Apartment 123<br>Chicago, IL 60607 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Afini, Robert W<br>419 Orchard Lane<br>Arlington Heights, IL 60005 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Akhta, Saeed<br>8231 Lynch Drive<br>Orlando, FL 32835-5901 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Ali, Mustafa<br>6611 N. Harding<br>Lincolnwood, IL 60712 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Anwar, Zaki<br>15140 Rodeo Drive<br>Orland Park, IL 60467 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Borling, John L<br>1979 Harlem Blvd.<br>Rockford, IL 61103 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Chain, John T<br>142 Spring Creek<br>Silt, CO 81652 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Craig, Cynthia<br>C/o Atlas & Leviton (Bob Brodsky)<br>950 Milwaukee Ave., #224<br>Glenview, IL 60025 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Gerber, Brian H.<br>201 Aqua Ave., #801<br>Miami Beach, FL 33141 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Massuti, Vera<br>2736 N. Hampden Court<br>Suite 108<br>Chicago, IL 60614 |
| Christopher T. French<br>739 Timber Ridge<br>Fontana, WI 53125 | Meyer, Margaret Van Waard<br>10050 S. Damen<br>Chicago, IL 60643 |

**12**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re  **Albert J Montano**                                                                    Case No. _____

,

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Christopher T. French**<br>**739 Timber Ridge**<br>**Fontana, WI 53125** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |
| **Janet Peterson**<br>**308 Bayonne**<br>**Lake Bluff, IL 60044** | **Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |

Sheet __1__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re     **Albert J Montano**
_____ ,     Case No. _____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |

Sheet __2__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Montano** _____,   Case No. _____

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Lake Forest Partners**<br>**C/o Jeffrey Andre**<br>**27850 Ima Lee Circle, Suite 106**<br>**Lake Forest, IL 60045** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |
| **Moon Rise Holdings, LLC**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Haas Jr., Peter E**<br>**491 Wilson Ave**<br>**Novato, CA 94947** |
| **Moon Rise Holdings, LLC**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Household MasterCard**<br>**P.O. Box 17051**<br>**Baltimore, MD 21297** |
| **Moon Rise Holdings, LLC**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Maton, Cicly**<br>**Sheldon, Lee**<br>**400 W. Ontario, Apt. 1507**<br>**Chicago, IL 60654** |
| **Moon Rise Holdings, LLC**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Ruotolo Associates**<br>**Attn:  George Ruotolo**<br>**29 Broadway**<br>**Cresskill, NJ 07626** |
| **Moon Rise Holdings, LLC**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Senser, Jerrold K**<br>**225 W. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60606** |

Sheet __**3**__ of __**12**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re     **Albert J Montano**
_____ ,     Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Moon Rise Holdings, LLC**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Smith, Robert Clay**<br>**716 Washington Court**<br>**Grand Junction, CO 81503** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Bendix, Bruce W**<br>**21720 W. Long Grove Road**<br>**Suite C-302**<br>**Barrington, IL 60010** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Bittman, James B**<br>**68999 Wildwood Ave**<br>**Chicago, IL 60646-1333** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Breuer Partners & Co.**<br>**2830 Cherry Lane**<br>**Northbrook, IL 60062** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Capital One Bank**<br>**Bankruptcy Department**<br>**PO Box 5155**<br>**Norcross, GA 30091** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **CDN Surgical Associates**<br>**C/o James Unti**<br>**2515 N. Clark, Suite 903**<br>**Chicago, IL 60614** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Crescenzo, Marc**<br>**36 W 441 Bristol Road**<br>**Saint Charles, IL 60175** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Crockett, Lester E**<br>**932 Linden Lane**<br>**Glenview, IL 60025** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Daniel P. Coffey and Assoc.**<br>**233 S. Wacker**<br>**Suite 5759**<br>**Chicago, IL 60606** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Dowling, Brian J**<br>**368 Fairbank Road**<br>**Riverside, IL 60546** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Estate of Ralph Falk II**<br>**PO Box 924**<br>**Rancho Santa Fe, CA 92067** |

Sheet  **4**  of  **12**  continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Montano**                                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Estate of William S. Hayman**<br>**4 Juniper Hill Rd., N.E.**<br>**Albuquerque, NM 87122** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Fresen, Gary**<br>**2540 Violet Street**<br>**Glenview, IL 60025** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Fund, Inc.**<br>**1230 Park Avenue West, #216**<br>**Highland Park, IL 60035** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Galowich, Rita**<br>**1230 Park Avenue West, #216**<br>**Highland Park, IL 60035** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Great Midwest Packaging**<br>**C/o Darrell Van Dyke**<br>**712 Anita Avenue**<br>**Antioch, IL 60002** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Hansford, Van Buren**<br>**3 Sherwood Ave**<br>**Greenwich, CT 06831** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Harnett, Timothy J**<br>**33 West Monroe, 19th Floor**<br>**Chicago, IL 60603** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Hefton, Carl**<br>**6031 Club Oaks Drive**<br>**Dallas, TX 75248** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Heyke III, Ericson**<br>**1108 Merrilll Street**<br>**Winnetka, IL 60093** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Houdek, Gary**<br>**5727 North Central**<br>**Indianapolis, IN 46220** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Iron Man LLC**<br>**129 Madeira Drive, SE**<br>**Albuquerque, NM 87108** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Kalmus, Christopher**<br>**120 East Ogden**<br>**Suite 200**<br>**Hinsdale, IL 60521** |

Sheet __5__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re   **Albert J Montano**                            ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Kantor, Arnold A<br>719 Lombardy Court<br>Deerfield, IL 60015 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Leavitt, Phillip C<br>7508 N. Red Ledge Drive<br>Paradise Valley, AZ 85253-2850 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Lesser Lutrey & McGlynn, LLP<br>582 North Oakwood<br>Lake Forest, IL 60045 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Lightfoot, Michael J.<br>680 Lions Drive<br>Lake Zurich, IL 60047 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Lohmann, Donald G<br>558 Riverside Place<br>Lincolnshire, IL 60069 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Lucas-Andre Builders, Inc.<br>C/o Jeffrey Andre<br>27850 Ima Lee Circle, Suite 106<br>Lake Forest, IL 60045 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Malloy, Timothy J<br>1205 Burr Ridge Club Drive<br>Willowbrook, IL 60527 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Means, Kenneth<br>315 LaGrange Rd.<br>La Grange Park, IL 60526 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Merrick, Stephen M.<br>2440 Lakeview, Apt. 9F<br>Chicago, IL 60614-2872 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Metrosource, Inc.<br>Attn: George Tomaszewicz<br>6756 N. Harlem<br>Chicago, IL 60631 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Meyer, John J<br>PO Box 246<br>Newport, RI 02840 |
| Ventana Financial Resources, Inc<br>PO Box 33<br>Deerfield, IL 60015 | Miceli, Carmen<br>402 N. Wheeling Road<br>Prospect Heights, IL 60070 |

Sheet  __6__  of  __12__  continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Montano**                                                    Case No. _____

                                                                    ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Much Shelist**<br>**191 N. Wacker Drive**<br>**Suite 1800**<br>**Chicago, IL 60606** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Murphy III, George J.**<br>**2170 Arielle Drive, #708**<br>**Naples, FL 34109** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Nieto, Arthur**<br>**201 N Bragg**<br>**Warren, AR 71671** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Nuno, Peter**<br>**17749 S. Torrence**<br>**Lansing, IL 60438** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Office Depot**<br>**4740 121st Street**<br>**Urbandale, IA 50323** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Palmer, Potter**<br>**270 E. Westminster, 2nd Floor**<br>**Lake Forest, IL 60045** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Risk Management Alternatives**<br>**802 E. Martintown Rd**<br>**Suite 201**<br>**North Augusta, SC 29841** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Ruotolo Associates**<br>**Attn:  George Ruotolo**<br>**29 Broadway**<br>**Cresskill, NJ 07626** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Schoenberg, Finkle Newman et al.**<br>**222 South Riverside**<br>**Suite 2100**<br>**Chicago, IL 60606** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Senser, Jerrold K**<br>**225 W. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60606** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Shawgate Lake Forest, LLC**<br>**Four Market Square Court**<br>**Lake Forest, IL 60045** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Shell Fleet**<br>**PO Box 9016**<br>**Des Moines, IA 50368** |

Sheet   **7**   of   **12**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

In re    **Albert J Montano**                                                                    ,    Case No. _____

                                               Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Smith, Robert Clay**<br>**716 Washington Court**<br>**Grand Junction, CO 81503** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Stone, Steven M. & Michael**<br>**161 N. Clark**<br>**Suite 3100**<br>**Chicago, IL 60601-3224** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Taber, Frank M.**<br>**3000 Green Mountain Drive**<br>**Branson, MO 65616** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **R.W. Taylor, Jr. Living Trust**<br>**699 Revere Road**<br>**Glen Ellyn, IL 60137** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Estate of Steven A. Teitelbaum**<br>**3645 Torrey Pines Parkway**<br>**Northbrook, IL 60062** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Unti, James A.**<br>**1000 South Knight Ave**<br>**Park Ridge, IL 60068** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Wittenberg, Richard C**<br>**3411 Camino Corte**<br>**Carlsbad, CA 92009** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Cannon, Douglas R**<br>**8930 Gross Point Road**<br>**Suite 200**<br>**Skokie, IL 60077** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Foy, Jeff M**<br>**288 Churchill Street**<br>**Northfield, IL 60093-3220** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Imam, Syed**<br>**701 S. Wells, Apt 1604**<br>**Chicago, IL 60607** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Douglas R. Cannon & Assoc.**<br>**8930 Gross Pointe Road**<br>**Suite 200**<br>**Skokie, IL 60077** |

Sheet __**8**__ of __**12**__ continuation sheets attached to the Schedule of Codebtors

In re  **Albert J Montano**                                                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Yogi Gandhi**<br>**C/o Tim O'Leary**<br>**PO Box 29**<br>**Lake Forest, IL 60045** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |

Sheet __9__ of __12__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Montano**                                                                    ,    Case No. _____

                                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Ventana Financial Resources, Inc**<br>**PO Box 33**<br>**Deerfield, IL 60015** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Adekoya, David**<br>**1151 W. Washington**<br>**Apartment 123**<br>**Chicago, IL 60607** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Afini, Robert W**<br>**419 Orchard Lane**<br>**Arlington Heights, IL 60005** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Akhta, Saeed**<br>**8231 Lynch Drive**<br>**Orlando, FL 32835-5901** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Ali, Mustafa**<br>**6611 N. Harding**<br>**Lincolnwood, IL 60712** |

Sheet __**10**__ of __**12**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **Albert J Montano**                                                              Case No. _____

,

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Anwar, Zaki**<br>**15140 Rodeo Drive**<br>**Orland Park, IL 60467** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Borling, John L**<br>**1979 Harlem Blvd.**<br>**Rockford, IL 61103** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Chain, John T**<br>**142 Spring Creek**<br>**Silt, CO 81652** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Craig, Cynthia**<br>**C/o Atlas & Leviton (Bob Brodsky)**<br>**950 Milwaukee Ave., #224**<br>**Glenview, IL 60025** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Gerber, Brian H.**<br>**201 Aqua Ave., #801**<br>**Miami Beach, FL 33141** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Massuti, Vera**<br>**2736 N. Hampden Court**<br>**Suite 108**<br>**Chicago, IL 60614** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Meyer, Margaret Van Waard**<br>**10050 S. Damen**<br>**Chicago, IL 60643** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Miska, Peter**<br>**200 South Frontage Road**<br>**Willowbrook, IL 60527** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Moss, Robert**<br>**184 Cedar Ave**<br>**Highland Park, IL 60035** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Nazir, Saif**<br>**85 Windmill Road**<br>**Orland Park, IL 60467** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Negronida, Jane O.**<br>**1351 Nyoda Place**<br>**Highland Park, IL 60035** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Saklecha, Aseem**<br>**1151 W. Washington**<br>**Apartment 141**<br>**Chicago, IL 60607** |

Sheet   **11**   of   **12**   continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Montano**                                                    ,    Case No. _____
_____
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Tobias, Andrew P.**<br>**787 N.E. 71st Street**<br>**Miami, FL 33138** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Yeterian, Matt**<br>**2000 Spring Road**<br>**Suite 200**<br>**Oak Brook, IL 60523** |
| **Weissman, Mark D.**<br>**3238 N. Lakewood**<br>**Chicago, IL 60657** | **Greystone Business II, LLC**<br>**C/o Goldberg Kohn, et al**<br>**55 E. Monroe, Suite 3700**<br>**Chicago, IL 60603** |

Sheet __**12**__ of __**12**__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Albert J Montano**                                          Case No. _____
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Entrepreneur** | |
| Name of Employer | **Self** | |
| How long employed | **30 yrs.** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **500.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **500.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **500.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **500.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **500.00** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Albert J Montano**                                          Case No. _____
                                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 200.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 176.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 128.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 21.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 334.00 |
| d. Auto | $ | 83.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 500.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,742.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 500.00 |
| b.   Average monthly expenses from Line 18 above | $ | 1,742.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,242.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Albert J Montano**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **60**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 31, 2010**

Signature  **/s/ Albert J Montano**
_____
**Albert J Montano**
Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Albert J Montano**                                          Case No.

_____

                              Debtor(s)              Chapter      **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$13,000.00** | **2009: Fees** |
| **$90,374.00** | **2008: Fees** |
| **$0.00** | **2010 YTD Fees** |
| **$3,000.00** | **2010 fees** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gerber v. Montano et al 2009 L 007939** | **Breach of Contract** | **Circuit Court of Cook County** | **Pending** |
| **Grauer v. Montano et al. 2007 L 013642** | **Breach of Contract** | **Circuit Court of Cook County, Illinois** | **post-judgment proceedings** |
| **Craig v. Montano et al. 2007 L 008015** | **Breach of contract** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Moss v. Montano et al 2006 L 013160** | **Breach of Contract** | **Circuit Court of Cook County, Illinois** | **Post-judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Longtail Management v. Weissman et al. Circuit Court of Cook County, Illinois** | **Third party citation** | **Circuit Court of Cook County, Illinois** | |
| **Tobias v. Montano 2006 CH 18664** | **Breach of Contract** | **Circuit Court of Cook County, Illinois** | **Post-judgment** |
| **Greystone Business Credit v. Montano et al 07 cv 05040** | **Breach of contract** | **United States District Court Northern District of Illinois** | **Post-judgment** |
| **Chain v. Montano et al. 07 cv 6317** | **Breach of Contract** | **United States District Court Northern District of Illinois** | **Agreed Judgment entered 7/1/2009** |
| **Shawgate Lake Forest v, Montano 09 L 1002** | **Breach of contract** | **Circuit Court of Lake County, Illinois** | **Default Judgment 2/17/2010** |
| **Borling v. Montano et al. 07 L 433** | **Breach of Contract** | **Circuit Court of Winnebago County, Illinois** | **Post judgment** |
| **Wittenberg v. Montano 07 L 235** | **Breach of Contract** | **Circuit Court of Lake County, Illinois** | **Judgment 6/1/2009** |
| **Truitt v. Lake Forest Partners** | **Arbitration** | **American Arbitration Assn Atlanta, GA** | **Unknown** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joseph A. Baldi & Associates, P.C.** <br> **19 South LaSalle Street** <br> **Suite 1500** <br> **Chicago, IL 60603** | **2/1/2010** <br> **8/16/2010** | **$2,000** <br> **$3,000 (includes filing fee & credit report)** |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **New Century Bank** | **0002017945** | **$0.00**<br>**8/31/2009** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ventana Financial Resources, Inc.** | 36-3295277 | PO Box 33 Deerfield, IL 60015 | **Financial counsulting** | **1984 - 2009** |
| **Moon Rise Holdings, LLC** | 20-8833496 | PO Box 33 Deerfield, IL 60015 | **Holding company** | |

None ■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

**20. Inventories**

None ■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None ■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                            RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 31, 2010**                    Signature  **/s/ Albert J Montano**
                                                         **Albert J Montano**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Albert J Montano**

Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt        ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **August 31, 2010**

Signature    **/s/ Albert J Montano**

**Albert J Montano**
Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **Albert J Montano** _____  Case No. _____

                                        Debtor(s)                        Chapter  **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,661.00** |
| Prior to the filing of this statement I have received | $ | **4,661.00** |
| Balance Due | $ | **0.00** |

2.   $ **299.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Adversary proceedings regarding discharge or dischargeability of debt and other contested bankruptcy matters**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 31, 2010** _____        **/s/ Donna B. Wallace** _____
**Donna B. Wallace 6200260**
**Joseph A. Baldi & Associates, P.C.**
**19 South LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**
**312-726-8150  Fax: 312-332-4629**
**jabaldi@ameritech.net**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Albert J Montano** _____    Case No. _____

                                    Debtor(s)    Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Albert J Montano** _____ | X **/s/ Albert J Montano**        **August 31, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor        Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)        Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Albert J Montano**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____ **157**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **August 31, 2010**   _____

**/s/ Albert J Montano**   _____
**Albert J Montano**
Signature of Debtor

Accountants Plus, Ltd
313 Willowby Ct
Suite 100
Grayslake, IL 60030-3817


Adekoya, David
1151 W. Washington
Apartment 123
Chicago, IL 60607


Afini, Robert W
419 Orchard Lane
Arlington Heights, IL 60005


Akhta, Saeed
8231 Lynch Drive
Orlando, FL 32835-5901


Ali, Mustafa
6611 N. Harding
Lincolnwood, IL 60712


Alliance One
4850 Street Road
Suite 300
Feasterville Trevose, PA 19053


American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355


Anwar, Zaki
15140 Rodeo Drive
Orland Park, IL 60467


Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

ATG Credit
PO Box 14895
Chicago, IL 60614-4895


Bendix, Bruce W
21720 W. Long Grove Road
Suite C-302
Barrington, IL 60010


Bernstein, Louis D
The Bernstein Law Firm
350 N. Clark, Suie 400
Chicago, IL 60654-4712


Bittman, James B
68999 Wildwood Ave
Chicago, IL 60646-1333


Blitt and Gaines, PC
661 W. Glenn Avenue
Wheeling, IL 60090


Borling, John L
1979 Harlem Blvd.
Rockford, IL 61103


BP Amoco
PO Box 15298
Wilmington, DE 19850-5298


Breuer Partners & Co.
2830 Cherry Lane
Northbrook, IL 60062


Brown & Joseph Ltd
PO Box 59838
Schaumburg, IL 60159-0838


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344

Cannon, Douglas R
8930 Gross Point Road
Suite 200
Skokie, IL 60077


Cap One
Po Box 85520
Richmond, VA 23285


Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank
Bankruptcy Department
PO Box 5155
Norcross, GA 30091


CDN Surgical Associates
C/o James Unti
2515 N. Clark, Suite 903
Chicago, IL 60614


CG Services
6330 Gulfton
Houston, TX 77081


Chain, John T
142 Spring Creek
Silt, CO 81652


Chase
Po Box 15298
Wilmington, DE 19850


Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase- Bp
Po Box 15298
Wilmington, DE 19850


Christopher T. French
739 Timber Ridge
Fontana, WI 53125


Client Services, Inc.
3451 Harry Truman Blvd
St. Charles, MO 63301-4047


Collect Corp
PO Box 101928
Birmingham, AL 35210-1928


Craig, Cynthia
C/o Atlas & Leviton (Bob Brodsky)
950 Milwaukee Ave., #224
Glenview, IL 60025


Creditor Interchange
80 Holtz Drive
Buffalo, NY 14225


Creditors Financial Group
PO Box 440290
Aurora, CO 80044-0290


Crescenzo, Marc
36 W 441 Bristol Road
Saint Charles, IL 60175


Crockett, Lester E
932 Linden Lane
Glenview, IL 60025


Daniel P. Coffey and Assoc.
233 S. Wacker
Suite 5759
Chicago, IL 60606


Davies, Mary
779 North Ave
Highland Park, IL 60035

Douglas R. Cannon & Assoc.
8930 Gross Pointe Road
Suite 200
Skokie, IL 60077


Dowling, Brian J
368 Fairbank Road
Riverside, IL 60546


Estate of Ralph Falk II
PO Box 924
Rancho Santa Fe, CA 92067


Estate of Steven A. Teitelbaum
3645 Torrey Pines Parkway
Northbrook, IL 60062


Estate of William S. Hayman
4 Juniper Hill Rd., N.E.
Albuquerque, NM 87122


First Source Advantage
205 Bryant Woods
Buffalo, NY 14228


FleetCor
655 Engineering Drive
PO Box 300
Norcross, GA 30092


FMA Alliance, LTD.
11811 North Freeway, Suite 900
Houston, TX 77060


Foley & Lardner, LLP
Attn. Martin J. Bishop
321 N. Clark, Suite 2800
Chicago, IL 60610-4764


Foy, Jeff M
288 Churchill Street
Northfield, IL 60093-3220

Freedman Anselmo
1807 West Diehl Road, Suite 333
PO Box 3228
Naperville, IL 60566


Fresen, Gary
2540 Violet Street
Glenview, IL 60025


Fund, Inc.
1230 Park Avenue West, #216
Highland Park, IL 60035


Galowich, Rita
1230 Park Avenue West, #216
Highland Park, IL 60035


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Gerber, Brian H.
201 Aqua Ave., #801
Miami Beach, FL 33141


Global Credit & Collection
300 International Drive
PMB#10015
Buffalo, NY 14221


Grauer, Joel A
963 Harvest Circle
Buffalo Grove, IL 60089


Great Midwest Packaging
C/o Darrell Van Dyke
712 Anita Avenue
Antioch, IL 60002


Greystone Business II, LLC
C/o Goldberg Kohn, et al
55 E. Monroe, Suite 3700
Chicago, IL 60603

Haas Jr., Peter E
491 Wilson Ave
Novato, CA 94947


Hansford, Van Buren
3 Sherwood Ave
Greenwich, CT 06831


Harnett, Timothy J
33 West Monroe, 19th Floor
Chicago, IL 60603


Hefton, Carl
6031 Club Oaks Drive
Dallas, TX 75248


Heyke III, Ericson
1108 Merrilll Street
Winnetka, IL 60093


Hilco Rec
5 Revere Dr Ste 510
Northbrook, IL 60062


Houdek, Gary
5727 North Central
Indianapolis, IN 46220


Household MasterCard
P.O. Box 17051
Baltimore, MD 21297


HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


IC Systems
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55164-5696


Imam, Syed
701 S. Wells, Apt 1604
Chicago, IL 60607

Iron Man LLC
129 Madeira Drive, SE
Albuquerque, NM 87108


Janet Peterson
308 Bayonne
Lake Bluff, IL 60044


Kalmus, Christopher
120 East Ogden
Suite 200
Hinsdale, IL 60521


Kantor, Arnold A
719 Lombardy Court
Deerfield, IL 60015


Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004


Lake Forest Partners
C/o Jeffrey Andre
27850 Ima Lee Circle, Suite 106
Lake Forest, IL 60045


Leavitt, Phillip C
7508 N. Red Ledge Drive
Paradise Valley, AZ 85253-2850


Lesser Lutrey & McGlynn, LLP
582 North Oakwood
Lake Forest, IL 60045


Lightfoot, Michael J.
680 Lions Drive
Lake Zurich, IL 60047


Lohmann, Donald G
558 Riverside Place
Lincolnshire, IL 60069


LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Lucas-Andre Builders, Inc.
C/o Jeffrey Andre
27850 Ima Lee Circle, Suite 106
Lake Forest, IL 60045


Malloy, Timothy J
1205 Burr Ridge Club Drive
Willowbrook, IL 60527


Markoff & Krasney
29 N. Wacker Drive, #500
Chicago, IL 60606-2854


Massuti, Vera
2736 N. Hampden Court
Suite 108
Chicago, IL 60614


Maton, Cicly
Sheldon, Lee
400 W. Ontario, Apt. 1507
Chicago, IL 60654


McCanliss & Early, LLP
Attn Joseph Keenan
88 Pine Street
New York, NY 10005


Means, Kenneth
315 LaGrange Rd.
La Grange Park, IL 60526


Merrick, Stephen M.
2440 Lakeview, Apt. 9F
Chicago, IL 60614-2872


Metrosource, Inc.
Attn: George Tomaszewicz
6756 N. Harlem
Chicago, IL 60631


Meyer, John J
PO Box 246
Newport, RI 02840

Meyer, Margaret Van Waard
10050 S. Damen
Chicago, IL 60643

Miceli, Carmen
402 N. Wheeling Road
Prospect Heights, IL 60070

Midtown Athletic Club
3611 N. Kedzie
Chicago, IL 60618

Miska, Peter
200 South Frontage Road
Willowbrook, IL 60527

Moon Rise Holdings, LLC
PO Box 33
Deerfield, IL 60015

Moss, Robert
184 Cedar Ave
Highland Park, IL 60035

MRS Associates
1930 Lomey Ave.
Cherry Hill, NJ 08003

Much Shelist
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

Mullin, Virginia C
2304 Club Court
Valparaiso, IN 46383

Murphy III, George J.
2170 Arielle Drive, #708
Naples, FL 34109

Nationwide Credit Inc
2015 Vaughn Rd. NW
Bld. 400
Kennesaw, GA 30144-7801

Nazir, Saif
85 Windmill Road
Orland Park, IL 60467


NCO Financial Systems
1804 Washington Blvd.
Mail Stop 450
Baltimore, MD 21230


NCO Financial Systems, Inc.
PO Box 41417
Department 99
Philadelphia, PA 19101-1625


Neal C. Zazov & Assoc.
19 S. LaSalle
Suite 1200
Chicago, IL 60603


Negronida, Jane O.
1351 Nyoda Place
Highland Park, IL 60035


Nieto, Arthur
201 N Bragg
Warren, AR 71671


Northland Group, Inc.
P.O. Box 390846
Edina, MN 55439


Northstar Location Services
4285 Genesee Street
Buffalo, NY 14225-1943


Nuno, Peter
17749 S. Torrence
Lansing, IL 60438


Office Depot
4740 121st Street
Urbandale, IA 50323

Palmer, Potter
270 E. Westminster, 2nd Floor
Lake Forest, IL 60045


Pershan, Marc H.
3907 White Cloud Drive
Skokie, IL 60076


Peterson, Janet A
308 Bayonne
Lake Bluff, IL 60044


Picklin & lake
1941 Rohlwing Road
Rolling Meadows, IL 60008


Pinnacle Management Services Inc.
514 Market Loop
Suite 103
Dundee, IL 60118


Portfolio Recovery
PO Box 12903
Norfolk, VA 23541


Preferred Appraisal, Inc.
3710 Commercial Avenue
Suite 9
Northbrook, IL 60062


Premier Eye Care & Surgery
1120 Lake Cook Road
Buffalo Grove, IL 60089-1970


Pucci Tailor
333 N. Michigan
Chicago, IL 60601


Quinn, John W.
Churchill, Quinn et al.
PO Box 284
Grayslake, IL 60030

R.W. Taylor, Jr. Living Trust
699 Revere Road
Glen Ellyn, IL 60137


Realty Valuation Services
1850 W. Winchester, #112
Libertyville, IL 60048


Risk Management Alternatives
802 E. Martintown Rd
Suite 201
North Augusta, SC 29841


Ruotolo Associates
Attn: George Ruotolo
29 Broadway
Cresskill, NJ 07626


Saklecha, Aseem
1151 W. Washington
Apartment 141
Chicago, IL 60607


Schelhas, Charles H
2534 Iroquois
Wilmette, IL 60091


Schoenberg, Finkle Newman et al.
222 South Riverside
Suite 2100
Chicago, IL 60606


Senser, Jerrold K
225 W. Wacker Drive
Suite 2400
Chicago, IL 60606


Seyfarth Shaw et al.
131 S. Dearborn
Suite 2400
Chicago, IL 60603


Shawgate Lake Forest, LLC
Four Market Square Court
Lake Forest, IL 60045

Shell Fleet
PO Box 9016
Des Moines, IA 50368


Shell Fleet
PO Box 689081
Des Moines, IA 50368-9081


Smith, Robert Clay
716 Washington Court
Grand Junction, CO 81503


Stone, Steven M. & Michael
161 N. Clark
Suite 3100
Chicago, IL 60601-3224


Sucsy, Lawrence G
799 Central Ave.
Highland Park, IL 60035


Taber, Frank M.
3000 Green Mountain Drive
Branson, MO 65616


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


Teller Levit & Silvertrust
11 East Adams Street, Suite 800
Chicago, IL 60603


Tobias, Andrew P.
787 N.E. 71st Street
Miami, FL 33138


Truitt, Diane
C/o Concepcion, Sexton & Martinez
355 Alhambra Circle, Ste. 1250
Miami, FL 33134


Universal Fidelity LP
P.O. Box 941911
Houston, TX 77094-4152

Unti, James A.
1000 South Knight Ave
Park Ridge, IL 60068


V. J. Killian & Co.
933 Green Bay Road
Winnetka, IL 60093


Van Rue Credit Corp
1350 E. Touhy Ave
Suite 100e
Des Plaines, IL 60018


Vantage Appraisal Corp.
1575 Christina Lane
Northbrook, IL 60062


VCS
PO Box 59207
Minneapolis, MN 55459


Vengoff Williams & Assoc.
PO Box 4155
Sarasota, FL 34230-4155


Ventana Financial Resources, Inc
PO Box 33
Deerfield, IL 60015


Weissman, Mark D.
3238 N. Lakewood
Chicago, IL 60657


Wells Fargo
PO Box 4109
Concord, CA 94524-4109


Wittenberg, Richard C
3411 Camino Corte
Carlsbad, CA 92009


Yeterian, Matt
2000 Spring Road
Suite 200
Oak Brook, IL 60523

Yogi Gandhi
C/o Tim O'Leary
PO Box 29
Lake Forest, IL 60045